**UNITED STATES COURT OF INTERNATIONAL TRADE**

______________________________________________x

,
BOTH-WELL STEEL FITTINGS CO., LTD.

Plaintiff,

**SUMMONS**

Court No. 26-cv-3899

v.

UNITED STATES,

Defendant.

______________________________________________x

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below.

**/s/ Gina Justice**
Clerk of the Court

**1.** Name and standing of plaintiff:

Plaintiff Both-Well Steel Fittings Co., Ltd., is a producer/exporter of Forged Steel Fittings. Plaintiff's products were the subject of the U.S. Department of Commerce's antidumping duty administrative review, for which the final results were published as *Forged Steel Fittings From Taiwan: Final Results of Antidumping Duty Administrative Review; 2023–2024,* 91 Fed. Reg. 50777 (Aug. 6, 2026).

Plaintiff participated as a party in the above-referenced administrative review and is an interested party described in Section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. §1677(9)(A). Plaintiff accordingly has standing to bring this action under 19 U.S.C. §1516a(d) and 28 U.S.C. §2631(c).

2. Brief description of the contested determination:

Plaintiff contests the U.S. Department of Commerce's final results in *Forged Steel Fittings From Taiwan: Final Results of Antidumping Duty Administrative Review; 2023–2024,* 91 Fed. Reg. 50777 (Aug. 6, 2026) finding that Plaintiff's exports and imports of subject merchandise are subject to an antidumping duty rate based in part on use of adverse facts.

3. Effective date of the determination:

August 6, 2026.

4. Date of publication in the Federal Register:

August 6, 2026

Respectfully submitted,

*Isl Peter Koenig*

Peter Koenig
SBA Trade Law
1455 Pennsylvania Avenue NW, Suite 400
Washington, D.C., DC 20004
(202) 669 1901

September 4, 2026

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
Room 346
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20005

General Counsel
Office of the Chief Counsel for Import Administration
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)