**FORM 5**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**INFORMATION STATEMENT**

*(Place an "X" in appljcable* [ ])

| | |
|---|---|
| **PLAINTIFFS:** Both-Well Steel Fittings Co., Ltd.<br><br>**ATTORNEY:**<br>Peter Koenig<br>SBA Trade Law<br>1455 Pennsylvania Ave, NW, Suite 400<br>Washington DC 20004<br>(202) 669 1901<br>peter.koenig@sbaworld.co | **COURT NO.: 26-cv-3899** |

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**

If **this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box:** [ ]

## JURISDICTION

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

[ ] Appraisal [ ] Classification [ ] Charges or Exactions [ ] Vessel Repairs
[ ] Exclusion [ ] Liquidation [ ] Drawback
[ ] Refusal to Reliquidate [ ] Rate of Duty [ ] Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

1 [ ] Appraisal [ ] Classification [ ] Rate of Duty

**28 U.S.C. § 158l(c) - Tariff Act of 1930, Section 516A(a)(l), (a)(2) or (a)(3) - 19 U.S.C. § 1516a or Section 517(g) - 19 U.S.C. §1517**

*(Provide a brief description of the administrative determination you are contesting, including any relevant* ***Federal Register or Administrative Determination*** *citation(s) and the product(s) involved in the determination. For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.)*

Subparagraph and Clause: 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I), 1516a(a)(2)(B)(iii) Agency: U.S. Department of Commerce, International Trade Administration

***Federal Register or Administrative Determination*** Cite(s):
*Forged Steel Fittings From Taiwan: Final Results of Antidumping Duty Administrative Review; 2023–2024,* 91 Fed. Reg. 50777 (Aug. 6, 2026).

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§2273, 2341, 2401b**

1 [ ] U.S. Secretary of Labor [ ] U.S. Secretary of Commerce [ ] U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(l) - 19 U.S.C. § 2515**

1 *(Provide a brief statement of the final determination to be reviewed.)*

**28 U.S.C. § 1581(1) - Tariff Act of 1930, Section 777(c) (2) - 19 U.S.C. § 1677f(c)(2)**

Agency: [ ] U.S. International Trade Commission [ ] Administering Authority

**28 U.S.C. § 1581(g)-Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

[ ] Sec. 641(b)(2) [ ] Sec. 641(b)(3) [ ] Sec. 64l(c)(l) [ ] Sec. 64l(b)(5)
[ ] Sec. 641(c)(2) [ ] Sec. 641(d)(2)(B) [ ] Sec. 499(b)

## JURISDICTION
(Continued)

**28 U.S.C. § 158l(h) - Ruling relating to:**

[ ] Classification [ ] Valuation [ ] Restricted Merchandise
[ ] Rate of Duty [ ] Marking [ ] Entry Requirements
[ ] Drawbacks [ ] Vessel Repairs [ ] Other:

**28 U.S.C. § 1581(i) -** (*Cite any applicable statute and provide a brief statement describing jurisdictional basis.)*

**28 U.S.C. § 1582 -Actions Commenced by the United States**

[ ] (1) Recover civil penalty under Tariff Act of 1930:
[ ] Sec. 592 [ ] Sec. 593A [ ] Sec. 641(b)(6)
[ ] Sec 641(d)(2)(A) [ ] Sec. 704(i)(2) [ ] Sec. 734(i)(2)
[ ] (2) Recover upon a bond
[ ] (3) Recover customs duties

## RELATED CASE(S)

To your knowledge, does this action involve a common question oflaw or fact with any other action(s) previously decided or now pending? Yes.

| | PLAINTIFFS | COURT NUMBER | *WDGE* |
|---|---|---|---|
| [] Decided Cases: | | | |
| [] Pending Cases: | | | |

/s/ Peter Koenig
Signature of Plaintiffs Attorney

September 4, 2026
Date

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 23, 2025, eff. Dec. 1, 2025.)