Form **11-1**

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 11**

x

BOTH-WELL STEEL FITTINGS CO., LTD.

Plaintiff,

v.

Court No. 26-cv-3899

UNITED STATES,

Defendant.

x

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appear as attorneys for Plaintiff Both-Well Steel Fittings Co., Ltd. The undersigned request that all papers be served upon them. The individual attorney in the undersigned firm who is responsible for the litigation is Peter Koenig.

Respectfully submitted,

Date: September 4, 2026

*Isl Peter Koenig*
Peter Koenig

*Counsel for Plaintiff Both-Well Steel Fittings Co., Ltd.*

15186787 1