## CERTIFICATE OF SERVICE

I certify that copies of the Summons, Form 5, Form 11, and Form 13, filed on September 4, 2026 in Case Number 26-cv-3899 were served by certified mail, return receipt requested, on this September 4, 2026 upon each of the interested parties listed below.

Roger B. Schagrin, Esq. Representative of Bonney Forge Corporation Schagrin Associates 900 7th Street, NW Suite 500 Washington, DC 20001 Phone: 202-223-1700 Email: rschagrin@schagrinassociates.com

*/s/ Peter Koenig*

Peter Koenig September 4, 2026