**BEFORE THE U.S. COURT OF INTERNATIONAL TRADE**

| | | |
|---|---|---|
| BOTHWELL STEEL FITTINGS CO., LTD. | : | |
| | : | **COMPLAINT** |
| Plaintiff, | : | Court No. 26-03899 |
| v. | : | |
| UNITED STATES, | : | |
| Defendant. | : | |

**COMPLAINT**

Plaintiff Both-Well Steel Fittings Co., Ltd., by and through its undersigned counsel, alleges and states as follows:

**JURISDICTION STATEMENT**

1.This action is per 19 U.S.C. 1516a(a)(2)(A)(i)(I) and (a)(2)(B)(iii). This Court has exclusive jurisdiction per 28 U.S.C. 1581(c) and 19 U.S.C.§ 1516a(a)(2).

2. Plaintiff seeks judicial review of the final results of the U.S. Department of Commerce administrative review of the antidumping duty on *Forged Steel Fittings from Taiwan* (Case No. A-583-863) for the period September 1, 2023 to August 31, 2024, per 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I), 1516a(a)(2)(B)(iii). Commerce, *Forged Steel Fittings from Taiwan, 2023-2024,* 91 Fed. Reg. 50777 (August 6, 2026, Commerce Access Barcode 4941345-03 and its associated Final Issues and Decision Memorandum (IDM), *Final Results of the Antidumping Duty Administrative Review, Forged Steel Fittings from Taiwan*; 2023-2024, August 3, 2026). Commerce Access Barcode 4941345-02, and especially Comment 1 thereof, pages 5-12. There, Commerce imposed partial adverse facts available (AFA) for Both-Well's reporting of physical characteristics, type and NPS, which Both-Well now contests before this Court.

**PLAINTIFF STANDING**

3. Plaintiff is a foreign producer and exporter of forged steel fittings covered by the anti-dumping duty order and the administrative review proceeding now being challenged. Plaintiff is therefore an interested party per

19 U.S.C. 1677(9)(A). Plaintiff participated in the underlying contested proceedings, including by filing a case brief commenting on Commerce's Preliminary Decision before Commerce's now contested Final Decision. Therefore, as an interested party who was a party to the proceeding below, Plaintiff has standing to bring this action per 19 U.S.C. 1516a(d) and 28 U.S.C. 2631(c).

**TIMELINESS OF THIS ACTION**

4. This action is timely per 28 U.S.C. 1581(c). Per 19 U.S.C. 1516a, Plaintiff commenced this action within 30 days of the August 6, 2026, Federal Register publication of Commerce's Contested Final Determination by filing a summons on September 4, 2026. Per CIT Rule 3(a)(2), Plaintiff files this Complaint on October 1, 2026, which is within 30 days of the date of the filing of the summons. Thus, this action is timely filed per 19 U.S.C. § 1516a(a)(2)(A).

**STATEMENT OF FACTS**

5. Procedural and record facts are referenced in Commerce's Final Decision and IDM cited above, including Plaintiff's case brief referenced therein.

**CLAIM**

6. The contested Final Decision use of partial adverse facts as to Bothwell is not supported by substantial evidence on the record or otherwise not in accordance with law.

**PRAYER FOR JUDGMENT AND RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

(A) Enter judgment for Plaintiff;

(B) Hold unlawful Commerce's final antidumping duty decision that is the subject of this complaint;

(C) Remand this proceeding to Commerce with instructions to publish a revised final decision in conformity with the Court's decision; and

(D) Grant Plaintiffs such further relief as the Court deems just and proper.

Respectfully submitted

*/s/ Peter Koenig* *October 1, 2026*

Peter Koenig, Esq.
SBA Trade Law, Washington DC
Counsel to Plaintiff Bothwell

## CERTIFICATE OF SERVICE

I certify that copies of the Complaint were served by certified mail, return receipt requested, on each of the interested parties listed below on October 1, 2026:

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
Room 346
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20005

General Counsel
Office of the Chief Counsel for
Import Administration
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230

Roger B. Schagrin, Esq.
Representative of Bonney Forge
Corporation
Schagrin Associates
900 7th Street, NW Suite 500
Washington, DC 20001
202-223-1700
rschagrin@schagrinassociates.com :

*/s/ Peter J. Koenig*
Peter J. Koenig